| | |
|---|---|
| 1 | ELIZABETH STAGGS WILSON, Bar No. 183160 |
| 2 | LAUREN T. HOWARD, Bar No. 227984 |
|   | LITTLER MENDELSON |
| 3 | A Professional Corporation |
|   | 2049 Century Park East, Fifth Floor |
| 4 | Los Angeles, CA  90067.3107 |
|   | Telephone:  310.553.0308 |
| 5 | Facsimile:   310.553.5583 |
|   | E-mail:       estaggs-wilson@littler.com |
| 6 |                    lhoward@littler.com |

Attorneys for Defendant
RAYTHEON COMPANY

VICTOR L. GEORGE, Bar No. 110504
WAYNE C. SMITH, Bar No. 122535
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Boulevard, Second Floor
Torrance, California 90503
Telephone: 310.698.0990
Facsimile: 310.698.0995
E-mail:       vgeorge@vgeorgelaw.com
                   wsmith@vgeorgelaw.com

Attorneys for Plaintiff
TERESITA M. GUIDOLIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TERESITA M. GUIDOLIN, | Case No.  CV09-6156 GHK (SSx) |
|---|---|
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE GEORGE H. KING |
| v. | **ORDER RE STIPULATION RE PROTECTIVE ORDER** |
| RAYTHEON COMPANY, a business, form unknown, and DOES 1 through 100, Inclusive, | Trial Date:  None set. |
| Defendants. | Complaint Filed:  July 14, 2009 (Los Angeles Superior Court) |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

GOOD CAUSE APPEARING THEREFOR, it is HEREBY ORDERED THAT the Parties Stipulation Re Protective Order, attached hereto as an Exhibit is hereby entered in its entirety as the order of this Court.

Dated: _8/26/10_____

_____/S/_____
HON. SUZANNE H. SEGAL
U.S. MAGISTRATE JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.